CHRISTOPHER BURKE (214799)
WALTER W. NOSS (*pro hac vice*)
MARY K. BLASY (211262)
KRISTEN M. ANDERSON (246108)
PENELOPE D. ABDIEL (271162)
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Tel:  619-233-4565
Fax:  619-233-0508
cburke@scott-scott.com
wnoss@scott-scott.com
mblasy@scott-scott.com
kanderson@scott-scott.com
pabdiel@scott-scott.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIPE FITTERS LOCAL UNION NO. 120 PENSION FUND, On Behalf of Itself and All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>     vs.<br><br>BARCLAYS CAPITAL INC., THE GOLDMAN SACHS GROUP, INC., KOHLBERG KRAVIS ROBERTS & CO. L.P., VESTAR CAPITAL PARTNERS INC., CENTERVIEW PARTNERS LLC, and PETER J. MOSES,<br><br>                         Defendants. | No. 11-cv-01064-EDL<br><br>CERTIFICATION OF INTERESTED PARTIES OR PERSONS<br><br>Hon. Elizabeth D. Laporte |

CERT. OF INTERESTED PARTIES OR PERSONS                                                                                              No. 11-CV-01064-EDL

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2   named parties, there is no such interest to report.

3   Dated: March 23, 2011          SCOTT+SCOTT LLP
4
5    /s/ Christopher M. Burke
    CHRISTOPHER BURKE (214799)
    SCOTT+SCOTT LLP
6   707 Broadway, Suite 1000
    San Diego, CA 92101
7   Tel: 619-233-4565
    Fax: 619-233-0508
8   cburke@scott-scott.com

9   Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under the laws of the United States of America that the foregoing is true and correct. Executed on March 23, 2011.

      /s/ Christopher M. Burke
CHRISTOPHER M. BURKE
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone:  619-233-4565
Fax:  619-233-0508
cburke@scott-scott.com