1  CHRISTOPHER BURKE (214799)
   WALTER W. NOSS (*pro hac vice*)
2  KRISTEN M. ANDERSON (246108)
   SCOTT+SCOTT LLP
3  707 Broadway, Suite 1000
   San Diego, CA 92101
4  Tel:  619-233-4565
   Fax:  619-233-0508
5  cburke@scott-scott.com
   wnoss@scott-scott.com
6  kanderson@scott-scott.com

7  *Attorneys for Plaintiff*

8  [Additional counsel appear on signature page.]

9
                     UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11

12  PIPE FITTERS LOCAL UNION NO. 120      )   No. 11-CV-01064-CW
    PENSION FUND, On Behalf of Itself and All  )
13  Others Similarly Situated,             )   STIPULATED INTERIM PROTECTIVE
                                           )   ORDER
14                      Plaintiff,         )
                                           )
15       vs.                               )
                                           )   Judge: The Hon. Claudia Wilken
16  BARCLAYS CAPITAL INC., THE             )   Courtroom: 2, 4th Floor
    GOLDMAN SACHS GROUP, INC.,             )
17  KOHLBERG KRAVIS ROBERTS & CO.          )
    L.P., VESTAR CAPITAL PARTNERS INC.,    )
18  CENTERVIEW PARTNERS LLC, and           )
    PETER J. MOSES,                        )
                                           )
19                      Defendants.        )
                                           )
20

21

22       WHEREAS the parties desire to enter into this Stipulated Interim Protective Order (the

23  "Order") governing the production and use of documents in this action until such time as the

24  parties negotiate and/or the Court enters a final protective order;

25       WHEREAS certain parties to this action have produced discovery in the action styled *In*

26  *re Del Monte Foods Co. Shareholders Litigation*, C.A. No. 6027-VCL, currently pending in the

27
    Delaware Chancery Court (the "Delaware Litigation"), and those parties have agreed to produce
28

in this action, within three business days of the entry of this Order, at Plaintiff's expense, the Delaware Litigation discovery that they and non-party Del Monte Foods Co. produced, as well as to use their reasonable best efforts to produce, at Plaintiff's expense, the Delaware Litigation discovery produced by non-parties to this action to the extent they are able to do so;

WHEREAS the parties enter into this Order without waiving any rights with respect to their positions as to the ultimate form and content of any final protective order to be entered into in the future;

WHEREAS Plaintiff has agreed that in exchange for receipt of the Delaware Litigation discovery produced as set forth herein, Plaintiff will not seek any additional discovery from the parties to this action, or from any non-parties to this action who consent to production of their discovery from the Delaware Litigation until after the Court rules on Defendants' Motions to Dismiss;

IT IS HEREBY STIPULATED THAT:

1. Any Delaware Litigation discovery produced in this action shall be designated as it was designated in the Delaware Litigation. Such designation shall be made by marking the words "HIGHLY CONFIDENTIAL" or "CONFIDENTIAL" on each page of the document designated as such, unless, as a practical matter, it is more efficient and significantly less burdensome to affix such legend in some other manner.

2. "HIGHLY CONFIDENTIAL" and "CONFIDENTIAL" material may be disclosed, summarized, described, characterized, or otherwise communicated or made available in whole or in part by the party to whom such materials are produced or disclosed only to the following persons, who shall be bound thereby by the terms of this Order: the parties' outside counsel and their legal, clerical, or support staff.

STIPULATED [PROPOSED] INTERIM PROTECTIVE ORDER – No. 11-CV-01064-CW         - 2 -

3. This Order is being entered into solely for the purposes of the production of the Delaware Litigation discovery, pending negotiations on a final protective order. All documents produced in this litigation shall be governed by the final protective order once it is entered by the Court. In the event the parties are unable to agree to the terms of a final protective order within a reasonable time and/or disputes hereunder occur prior to the entry of such an order, any party may seek the Court's intervention to enter an appropriate final protective order and/or resolve any such disputes, and all confidentiality designations shall be honored pending entry of such order and/or resolution.

4. The terms of this Order are applicable to any Delaware Litigation discovery produced by a non-party in this action.

5. Nothing in this Order abridges the right of any person to seek its modification by the Court in the future.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: June 14, 2011

    SCOTT+SCOTT LLP
    CHRISTOPHER M. BURKE
    WALTER W. NOSS (*pro hac vice*)
    KRISTEN M. ANDERSON
    707 Broadway, Suite 1000
    San Diego, CA 92101
    Telephone: (619) 233-4565
    Facsimile: (619) 233-0508
    Email: cburke@scott-scott.com
          wnoss@scott-scott.com
          kanderson@scott-scott.com

    By  /s/ Christopher M. Burke
          Christopher M. Burke

ROBINS, KAPLAN, MILLER &
   CIRESI L.L.P.
K. CRAIG WILDFANG (*pro hac vice*)
THOMAS J. UNDLIN (*pro hac vice*)
STACEY P. SLAUGHTER (*pro hac vice*)
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN 55402-2015
Telephone:  612-349-8500
Facsimile: 612-339-4181
Email: kcwildfang@rkmc.com
      tjundlin@rkmc.com
      spslaughter@rkmc.com

THE MOGIN LAW FIRM, P.C.
DANIEL J. MOGIN
MATTHEW T. SINNOTT
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone:  619-687-6611
Facsimile: 619-687-6610
Email: dmogin@moginlaw.com
      msinnott@moginlaw.com

*Attorneys for Plaintiff Pipefitters Local Union No. 120 Pension Fund*

DATED:  June 14, 2011

SULLIVAN & CROMWELL LLP
BRENDAN P. CULLEN
1870 Embarcadero Road
Palo Alto, CA  94303-3308
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700
Email:  cullenb@sullcrom.com

By  /s/ Brendan P. Cullen
        Brendan P. Cullen

*Attorneys for Defendants Barclays Capital Inc. and Peter J. Moses*

DATED:  June 14, 2011

        LATHAM & WATKINS LLP
        BRIAN BERRY (Bar No. 229893)
        505 Montgomery Street, Suite 2000
        San Francisco, CA  94111-6538
        Telephone:  (415) 391-0600
        Facsimile:  (415) 395-8095
        Email:  brian.berry@lw.com

        By   /s/ Brian Berry
                Brian Berry

*Attorneys for Defendant The Goldman Sachs Group, Inc.*

DATED:  June 14, 2011

        SIMPSON THACHER & BARTLETT LLP
        HARRISON J. FRAHN
        2550 Hanover Street
        Palo Alto, CA 94304
        Telephone:  (650) 251-5065
        Facsimile:  (650) 251-5002
        Email:  hfrahn@stblaw.com

        By   /s/ Harrison J. Frahn
                Harrison J. Frahn

        SIMPSON THACHER & BARTLETT LLP
        JOSEPH F. TRINGALI (*pro hac vice*)
        PAUL C. GLUCKOW(*pro hac vice*)
        425 Lexington Avenue
        New York, NY  10017
        Telephone:  (212) 455-2000
        Facsimile:  (212) 455-2502
        Email:  jtringali@stblaw.com
                pgluckow@stblaw.com

        By   /s/ Joseph F. Tringali
                Joseph F. Tringali

*Attorneys for Defendants Kohlberg Kravis Roberts & Co., L.P. and Centerview Partners LLC*

STIPULATED [~~PROPOSED~~] INTERIM PROTECTIVE ORDER – No. 11-CV-01064-CW    - 5 -

1  DATED: June 14, 2011

                KIRKLAND & ELLIS LLP
                JAMES F. BASILE
                MARK E. MCKANE
                555 California Street
                San Francisco, CA 94104
                Telephone: (415) 439-1400
                Facsimile: (415) 439-1500
                Email: james.basile@kirkland.com
                      mark.mckane@kirkland.com

                By  /s/ James F. Basile
                      James F. Basile

                *Attorneys for Defendant Vestar Capital Partners Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  **6/20/2011**         /s/ Claudia Wilken
                                  The Hon. Claudia Wilken
                                  United States District Judge

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Christopher M. Burke, attest that concurrence in the filing of this document has been obtained from the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of June, 2011 at San Diego, California.

DATED:  June 14, 2011                           SCOTT+SCOTT LLP


    /s/ Christopher M. Burke
Christopher M. Burke
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone:  (619) 233-4565
Facsimile:  (619) 233-0508
E-mail:  cburke@scott-scott.com

*An Attorney for Plaintiff Pipefitters Local Union No. 120 Pension Fund*

CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 14, 2011.

  /s/ Christopher M. Burke
CHRISTOPHER M. BURKE
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-233-4565
Fax: 619-233-0508
E-mail: cburke@scott-scott.com