James F. Basile (SBN 228965)
jbasile@kirkland.com
Mark E. McKane (SBN 230552)
mark.mckane@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone:  (415) 439-1400
Facsimile:  (415) 439-1500

Attorneys for Defendant
VESTAR CAPITAL PARTNERS INC.

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIPE FITTERS LOCAL UNION NO. 120 PENSION FUND, On Behalf of Itself and All Others Similarly Situated,<br><br>               Plaintiff,<br><br>vs.<br><br>BARCLAYS CAPITAL INC., THE GOLDMAN SACHS GROUP, INC., KOHLBERG KRAVIS ROBERTS & CO. L.P., VESTAR CAPITAL PARTNERS INC., CENTERVIEW PARTNERS LLC, and PETER J. MOSES,<br><br>               Defendants. | No. 11-CV-01064-CW<br><br>STIPULATION AND ORDER ESTABLISHING HEARING DATE AND BRIEFING SCHEDULE FOR MOTIONS TO DISMISS<br><br><br>Judge:  The Hon. Claudia Wilken<br>Courtroom: 2, 4th Floor |

WHEREAS, on May 24, 2011, the Court entered a Case Management Order establishing a hearing date and briefing schedule for Defendants' Motions to Dismiss pursuant to Fed. R. Civ. Pro. 12(b)(6) and, on June 10, 2011, Defendants filed their Motions to Dismiss;

WHEREAS the parties now desire to agree to a new hearing date and briefing schedule for the Motions to Dismiss;

IT IS HEREBY STIPULATED THAT:

1. The hearing date for Defendant's Motions to Dismiss shall now be August 25, 2011.

2. Plaintiff's opposition brief shall be due on July 21, 2011, and Defendants' reply briefs shall be due on August 11, 2011.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  June 24, 2011

SCOTT+SCOTT LLP
CHRISTOPHER M. BURKE
WALTER W. NOSS (*pro hac vice*)
KRISTEN M. ANDERSON
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone:  (619) 233-4565
Facsimile:  (619) 233-0508
Email: cburke@scott-scott.com
           wnoss@scott-scott.com
           kanderson@scott-scott.com

By  /s/ Christopher M. Burke
         Christopher M. Burke

ROBINS, KAPLAN, MILLER &
     CIRESI L.L.P.
K. CRAIG WILDFANG (*pro hac vice*)
THOMAS J. UNDLIN (*pro hac vice*)
STACEY P. SLAUGHTER (*pro hac vice*)
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN 55402-2015
Telephone:  612-349-8500
Facsimile: 612-339-4181
Email: kcwildfang@rkmc.com
           tjundlin@rkmc.com
           spslaughter@rkmc.com

THE MOGIN LAW FIRM, P.C.
DANIEL J. MOGIN
MATTHEW T. SINNOTT
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone:  619-687-6611
Facsimile: 619-687-6610
Email: dmogin@moginlaw.com
           msinnott@moginlaw.com

*Attorneys for Plaintiff Pipefitters Local
    Union No. 120 Pension Fund*

STIPULATION AND [PROPOSED] ORDER ESTABLISHING HEARING DATE AND BRIEFING SCHEDULE FOR MOTIONS TO DISMISS – No. 11-CV-01064-CW     - 2 -

1  DATED: June 24, 2011

2                                               SULLIVAN & CROMWELL LLP
                                                BRENDAN P. CULLEN
3                                               1870 Embarcadero Road
                                                Palo Alto, CA  94303-3308
4                                               Telephone:  (650) 461-5600
                                                Facsimile:  (650) 461-5700
5                                               Email:  cullenb@sullcrom.com

6                                               By  /s/ Brendan P. Cullen
                                                            Brendan P. Cullen

7                                                  *Attorneys for Defendants Barclays Capital Inc.
                                                              and Peter J. Moses*
8

9
10  DATED: June 24, 2011

11                                              LATHAM & WATKINS LLP
                                                BRIAN BERRY (Bar No. 229893)
12                                              505 Montgomery Street, Suite 2000
                                                San Francisco, CA  94111-6538
13                                              Telephone:  (415) 391-0600
                                                Facsimile:  (415) 395-8095
                                                Email:  brian.berry@lw.com
14
                                                By  /s/ Brian Berry
15                                                          Brian Berry

16                                              *Attorneys for Defendant The Goldman Sachs Group, Inc.*

17
18  DATED: June 24, 2011

                                                SIMPSON THACHER & BARTLETT LLP
19                                              HARRISON J. FRAHN
                                                2550 Hanover Street
20                                              Palo Alto, CA 94304
                                                Telephone:  (650) 251-5065
21                                              Facsimile:  (650) 251-5002
                                                Email:  hfrahn@stblaw.com
22
                                                By  /s/ Harrison J. Frahn
                                                            Harrison J. Frahn
23

24

25

26

27

28

|   |   |
|---|---|
| 1 | |
| 2 | SIMPSON THACHER & BARTLETT LLP |
|   | JOSEPH F. TRINGALI (*pro hac vice*) |
| 3 | PAUL C. GLUCKOW(*pro hac vice*) |
|   | 425 Lexington Avenue |
| 4 | New York, NY  10017 |
|   | Telephone:  (212) 455-2000 |
| 5 | Facsimile:  (212) 455-2502 |
|   | Email:  jtringali@stblaw.com |
| 6 |             pgluckow@stblaw.com |
| 7 | By   */s/ Joseph F. Tringali* |
|   |             Joseph F. Tringali |
| 8 | *Attorneys for Defendants Kohlberg Kravis Roberts & Co., L.P. and Centerview Partners LLC* |

DATED:  June 24, 2011

KIRKLAND & ELLIS LLP
JAMES F. BASILE
MARK E. MCKANE
555 California Street
San Francisco, CA 94104
Telephone:  (415) 439-1400
Facsimile:  (415) 439-1500
Email:  james.basile@kirkland.com
        mark.mckane@kirkland.com

By   */s/ Mark E. McKane*
            Mark E. McKane

*Attorneys for Defendant Vestar Capital Partners Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:  **6/29/2011**      [signature]
                           The Hon. Claudia Wilken
                           United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Mark E. McKane, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: June 24, 2011                         By:            /s/ *Mark E. McKane*

                                Mark E. McKane (SBN 230552)
                                mark.mckane@kirkland.com
                                KIRKLAND & ELLIS LLP
                                555 California Street
                                San Francisco, California  94104
                                Telephone:  (415) 439-1400
                                Facsimile:  (415) 439-1500
                                Attorneys for Defendant
                                VESTAR CAPITAL PARTNERS INC.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of June 2011, a true and correct copy of the foregoing **STIPULATED [PROPOSED] ORDER ESTABLISHING HEARING DATE AND BRIEFING SCHEDULE FOR MOTIONS TO DISMISS** was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered for service.

DATED: June 24, 2011                         By:   /s/ Mark E. McKane

                                                        Mark E. McKane (SBN 230552)
                                                        mark.mckane@kirkland.com
                                                        KIRKLAND & ELLIS LLP
                                                        555 California Street
                                                        San Francisco, California  94104
                                                        Telephone:  (415) 439-1400
                                                        Facsimile:  (415) 439-1500

                                                        Attorneys for Defendant
                                                        VESTAR CAPITAL PARTNERS INC.