UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIPE FITTERS LOCAL UNION NO. 120 PENSION FUND, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BARCLAYS CAPITAL INC., THE GOLDMAN SACHS GROUP, INC., KOHLBERG KRAVIS ROBERTS & CO. L.P., VESTAR CAPITAL PARTNERS INC., CENTERVIEW PARTNERS LLC, and PETER J. MOSES,<br><br>Defendants. | No. 11-CV-01064-CW<br><br><s>(Proposed)</s><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>Judge: The Hon. Claudia Wilken<br>Courtroom: 2, 4th Floor |

Jason Kolbe, whose business address and telephone number is Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022-4834, (212) 906-1381 and who is an active member in good standing of the bar of U.S. District Court for the Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing The Goldman Sachs Group, Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/20/2011

/s/ Claudia Wilken
Hon. Claudia Wilken
United States District Judge

LATHAM&WATKINS LLP  NY\1818428.1
ATTORNEYS AT LAW
LOS ANGELES

1