CHRISTOPHER BURKE (214799)
WALTER W. NOSS (277580)
KRISTEN M. ANDERSON (246108)
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Tel: 619-233-4565
Fax: 619-233-0508
cburke@scott-scott.com
wnoss@scott-scott.com
kanderson@scott-scott.com

*Attorneys for Plaintiff*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIPE FITTERS LOCAL UNION NO. 120 PENSION FUND, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BARCLAYS CAPITAL INC., THE GOLDMAN SACHS GROUP, INC., KOHLBERG KRAVIS ROBERTS & CO. L.P., VESTAR CAPITAL PARTNERS INC., CENTERVIEW PARTNERS LLC, and PETER J. MOSES,<br><br>Defendants. | No. 11-CV-01064-CW<br><br>STIPULATED ORDER ESTABLISHING DEADLINES, BRIEFING SCHEDULES, AND HEARING DATES<br><br>Judge: The Hon. Claudia Wilken<br>Courtroom: 2, 4th Floor |

WHEREAS on May 24, 2011, the Court entered a Case Management Order establishing a hearing date and briefing schedule for Plaintiff's Motion for Class Certification (ECF No. 49);

WHEREAS on August 30, 2011, the Court entered orders establishing a deadline for Plaintiff to file the Second Amended Complaint, a briefing schedule for Defendants' Motion(s) to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and continuing the mediation deadline;

WHEREAS the parties now agree to a new deadline for Plaintiff to file the Second Amended Complaint, briefing schedules for the Motion(s) to Dismiss and Motion for Class Certification, and mediation deadline;

WHEREAS for the purpose of amending the complaint, it is Plaintiff's position that it needs additional time to review Delaware Litigation discovery produced in this action by Defendants;

WHEREAS pursuant to stipulation by the parties, the Court previously modified the briefing schedule on Defendants' Motions to Dismiss the First Amended Complaint (ECF No. 75);

WHEREAS pending a ruling from the Court on Defendants' anticipated Motion(s) to Dismiss, the time modification does not presently impact the remaining schedule set out in the Case Management Order;

IT IS HEREBY STIPULATED THAT:

1. The deadline for Plaintiff to file the Second Amended Complaint shall now be October 20, 2011.

2. Defendants' Motion(s) to Dismiss shall be due on November 17, 2011; Plaintiff's opposition brief shall be due on December 8, 2011; and Defendants' reply brief(s) shall be due on December 22, 2011.

3. The hearing date for Defendants' Motion(s) to Dismiss the Second Amended Complaint shall now be January 5, 2012 at 2 p.m.

4. The mediation deadline shall now be February 27, 2012.

5. Plaintiff's Motion for Class Certification shall be due on March 8, 2012; Defendants' opposition brief(s) shall be due on May 3, 2012; and Plaintiff's reply brief shall be due on May 17, 2012.

6. The hearing date for Plaintiff's Motion for Class Certification shall now be May 31, 2012 at 2 p.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: September 15, 2011

SCOTT+SCOTT LLP
CHRISTOPHER M. BURKE
WALTER W. NOSS
KRISTEN M. ANDERSON
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: cburke@scott-scott.com
wnoss@scott-scott.com
kanderson@scott-scott.com

By /s/ Christopher M. Burke
Christopher M. Burke

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
K. CRAIG WILDFANG (*pro hac vice*)
THOMAS J. UNDLIN (*pro hac vice*)
STACEY P. SLAUGHTER (*pro hac vice*)
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181
Email: kcwildfang@rkmc.com
tjundlin@rkmc.com
spslaughter@rkmc.com

THE MOGIN LAW FIRM, P.C.
DANIEL J. MOGIN
MATTHEW T. SINNOTT
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-687-6611
Facsimile: 619-687-6610
Email: dmogin@moginlaw.com
msinnott@moginlaw.com

*Attorneys for Plaintiff Pipefitters Local Union No. 120 Pension Fund*

DATED: September 15, 2011

SULLIVAN & CROMWELL LLP
BRENDAN P. CULLEN
1870 Embarcadero Road
Palo Alto, CA 94303-3308
Telephone: (650) 461-5600
Facsimile: (650) 461-5700
Email: cullenb@sullcrom.com

By /s/ Brendan P. Cullen
Brendan P. Cullen

*Attorneys for Defendants Barclays Capital Inc. and Peter J. Moses*

DATED: September 15, 2011

LATHAM & WATKINS LLP
BRIAN BERRY (Bar No. 229893)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: brian.berry@lw.com

By /s/ Brian Berry
Brian Berry

WILLIAM R. SHERMAN (admitted *pro hac vice*)
555 Eleventh Street, NW
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: william.sherman@lw.com

By /s/ William R. Sherman
William R. Sherman

*Attorneys for Defendant The Goldman Sachs Group, Inc.*

DATED: September 15, 2011

SIMPSON THACHER & BARTLETT LLP
HARRISON J. FRAHN
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5065
Facsimile: (650) 251-5002
Email: hfrahn@stblaw.com

By /s/ Harrison J. Frahn
Harrison J. Frahn

SIMPSON THACHER & BARTLETT LLP
JOSEPH F. TRINGALI (*pro hac vice*)
PAUL C. GLUCKOW(*pro hac vice*)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email: jtringali@stblaw.com
pgluckow@stblaw.com

By /s/ Joseph F. Tringali
Joseph F. Tringali

*Attorneys for Defendants Kohlberg Kravis Roberts & Co., L.P. and Centerview Partners LLC*

DATED: September 15, 2011

KIRKLAND & ELLIS LLP
JAMES F. BASILE
MARK E. MCKANE
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: james.basile@kirkland.com
mark.mckane@kirkland.com

By /s/ James F. Basile
James F. Basile

*Attorneys for Defendant Vestar Capital Partners Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: **9/16/2011**

The Hon. Claudia Wilken
United States District Judge