```
CHRISTOPHER BURKE (214799)
WALTER W. NOSS (277580)
KRISTEN M. ANDERSON (246108)
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Tel:  619-233-4565
Fax:  619-233-0508
cburke@scott-scott.com
wnoss@scott-scott.com
kanderson@scott-scott.com
```

*Attorneys for Plaintiff*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIPE FITTERS LOCAL UNION NO. 120 PENSION FUND, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BARCLAYS CAPITAL INC., THE GOLDMAN SACHS GROUP, INC., KOHLBERG KRAVIS ROBERTS & CO. L.P., VESTAR CAPITAL PARTNERS INC., CENTERVIEW PARTNERS LLC, and PETER J. MOSES,<br><br>Defendants. | No. 11-CV-01064-CW<br><br>STIPULATED ORDER ESTABLISHING DEADLINES, BRIEFING SCHEDULES, AND HEARING DATES<br><br>Judge:  The Hon. Claudia Wilken<br>Courtroom: 2, 4th Floor |

WHEREAS on May 24, 2011, the Court entered a Case Management Order establishing a hearing date and briefing schedule for Plaintiff's Motion for Class Certification (ECF No. 49);

WHEREAS on August 30, 2011, the Court entered orders establishing a deadline for Plaintiff to file the Second Amended Complaint, a briefing schedule for Defendants' Motion(s) to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and continuing the mediation deadline;

STIPULATED [PROPOSED] ORDER ESTABLISHING DEADLINES, BRIEFING SCHEDULES AND HEARING DATES – No. 11-CV-01064-CW      - 1 -

WHEREAS the parties now agree to a new deadline for Plaintiff to file the Second Amended Complaint, briefing schedules for the Motion(s) to Dismiss and Motion for Class Certification, and mediation deadline;

WHEREAS for the purpose of amending the complaint, it is Plaintiff's position that it needs additional time to review Delaware Litigation discovery produced in this action by Defendants;

WHEREAS pursuant to stipulation by the parties, the Court previously modified the briefing schedule on Defendants' Motions to Dismiss the First Amended Complaint (ECF No. 75);

WHEREAS pending a ruling from the Court on Defendants' anticipated Motion(s) to Dismiss, the time modification does not presently impact the remaining schedule set out in the Case Management Order;

IT IS HEREBY STIPULATED THAT:

1. The deadline for Plaintiff to file the Second Amended Complaint shall now be October 20, 2011.

2. Defendants' Motion(s) to Dismiss shall be due on November 17, 2011; Plaintiff's opposition brief shall be due on December 8, 2011; and Defendants' reply brief(s) shall be due on December 22, 2011.

3. The hearing date for Defendants' Motion(s) to Dismiss the Second Amended Complaint shall now be January 5, 2012 at 2 p.m.

4. The mediation deadline shall now be February 27, 2012.

5. Plaintiff's Motion for Class Certification shall be due on March 8, 2012; Defendants' opposition brief(s) shall be due on May 3, 2012; and Plaintiff's reply brief shall be due on May 17, 2012.

STIPULATED [PROPOSED] ORDER ESTABLISHING DEADLINES, BRIEFING SCHEDULES AND HEARING DATES – No. 11-CV-01064-CW — - 2 -

6. The hearing date for Plaintiff's Motion for Class Certification shall now be May 31, 2012 at 2 p.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: September 15, 2011

        SCOTT+SCOTT LLP
        CHRISTOPHER M. BURKE
        WALTER W. NOSS
        KRISTEN M. ANDERSON
        707 Broadway, Suite 1000
        San Diego, CA 92101
        Telephone: (619) 233-4565
        Facsimile: (619) 233-0508
        Email: cburke@scott-scott.com
              wnoss@scott-scott.com
              kanderson@scott-scott.com

        By  /s/ Christopher M. Burke
            Christopher M. Burke

        ROBINS, KAPLAN, MILLER &
           CIRESI L.L.P.
        K. CRAIG WILDFANG (*pro hac vice*)
        THOMAS J. UNDLIN (*pro hac vice*)
        STACEY P. SLAUGHTER (*pro hac vice*)
        2800 LaSalle Plaza
        800 LaSalle Avenue South
        Minneapolis, MN 55402-2015
        Telephone: 612-349-8500
        Facsimile: 612-339-4181
        Email: kcwildfang@rkmc.com
              tjundlin@rkmc.com
              spslaughter@rkmc.com

        THE MOGIN LAW FIRM, P.C.
        DANIEL J. MOGIN
        MATTHEW T. SINNOTT
        707 Broadway, Suite 1000
        San Diego, CA 92101
        Telephone: 619-687-6611
        Facsimile: 619-687-6610
        Email: dmogin@moginlaw.com
              msinnott@moginlaw.com

        *Attorneys for Plaintiff Pipefitters Local*
           *Union No. 120 Pension Fund*

DATED:  September 15, 2011

          SULLIVAN & CROMWELL LLP
          BRENDAN P. CULLEN
          1870 Embarcadero Road
          Palo Alto, CA  94303-3308
          Telephone:  (650) 461-5600
          Facsimile:  (650) 461-5700
          Email:  cullenb@sullcrom.com

          By  /s/ Brendan P. Cullen
              Brendan P. Cullen

          *Attorneys for Defendants Barclays Capital Inc.*
             *and Peter J. Moses*

DATED:  September 15, 2011

          LATHAM & WATKINS LLP
          BRIAN BERRY (Bar No. 229893)
          505 Montgomery Street, Suite 2000
          San Francisco, CA  94111-6538
          Telephone:  (415) 391-0600
          Facsimile:  (415) 395-8095
          Email:  brian.berry@lw.com

          By  /s/ Brian Berry
              Brian Berry

          WILLIAM R. SHERMAN (admitted *pro hac vice*)
          555 Eleventh Street, NW
          Washington, D.C. 20004-1304
          Telephone:  (202) 637-2200
          Facsimile:  (202) 637-2201
          Email:  william.sherman@lw.com

          By  /s/ William R. Sherman
              William R. Sherman

          *Attorneys for Defendant The Goldman Sachs Group, Inc.*

DATED:  September 15, 2011

          SIMPSON THACHER & BARTLETT LLP
          HARRISON J. FRAHN
          2550 Hanover Street
          Palo Alto, CA 94304
          Telephone:  (650) 251-5065
          Facsimile:  (650) 251-5002
          Email:  hfrahn@stblaw.com

          By  /s/ Harrison J. Frahn
              Harrison J. Frahn

| | |
|---|---|
| 1 | |
| 2 | SIMPSON THACHER & BARTLETT LLP |
|   | JOSEPH F. TRINGALI (*pro hac vice*) |
|   | PAUL C. GLUCKOW(*pro hac vice*) |
| 3 | 425 Lexington Avenue |
|   | New York, NY 10017 |
| 4 | Telephone: (212) 455-2000 |
|   | Facsimile: (212) 455-2502 |
| 5 | Email: jtringali@stblaw.com |
|   |        pgluckow@stblaw.com |

By   /s/ Joseph F. Tringali
     Joseph F. Tringali

*Attorneys for Defendants Kohlberg Kravis Roberts & Co., L.P. and Centerview Partners LLC*

DATED: September 15, 2011

KIRKLAND & ELLIS LLP
JAMES F. BASILE
MARK E. MCKANE
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: james.basile@kirkland.com
       mark.mckane@kirkland.com

By   /s/ James F. Basile
     James F. Basile

*Attorneys for Defendant Vestar Capital Partners Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   **9/16/2011**               _____
                                     The Hon. Claudia Wilken
                                     United States District Judge

STIPULATED [~~PROPOSED~~] ORDER ESTABLISHING DEADLINES, BRIEFING SCHEDULES AND       - 5 -
HEARING DATES – No. 11-CV-01064-CW