CHRISTOPHER BURKE (214799)
WALTER W. NOSS (277580)
KRISTEN M. ANDERSON (246108)
SCOTT+SCOTT LLP
707 Broadway, 10th Floor
San Diego, CA 92101
Tel:  619-233-4565
Fax:  619-233-0508
cburke@scott-scott.com
wnoss@scott-scott.com
kanderson@scott-scott.com

*Attorneys for Plaintiff*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIPE FITTERS LOCAL UNION NO. 120 PENSION FUND, On Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BARCLAYS CAPITAL INC., THE GOLDMAN SACHS GROUP, INC., KOHLBERG KRAVIS ROBERTS & CO. L.P., VESTAR CAPITAL PARTNERS INC., CENTERVIEW PARTNERS LLC, and PETER J. MOSES,<br><br>　　　　　　　　　　Defendants. | No. 11-CV-01064-CW<br><br>STIPULATED ORDER EXTENDING DEADLINES, BRIEFING SCHEDULE, AND HEARING DATE<br><br><br>Judge:  The Hon. Claudia Wilken<br>Courtroom: 2, 4th Floor |

WHEREAS on August 30, 2011, the Court entered an order establishing a deadline for Plaintiff to file the Second Amended Complaint, a briefing schedule for Defendants' Motion(s) to Dismiss the Second Amended Complaint, and continuing the mediation deadline (ECF No. 84);

WHEREAS on September 16, 2011, pursuant to the stipulation of the parties, the Court entered an order extending the deadlines for Plaintiff to file the Second Amended Complaint, modifying the briefing schedule for Defendants' Motion(s) to Dismiss the Second Amended

1  Complaint and Plaintiffs' Motion for Class Certification, and continuing the mediation deadline
2  (ECF No. 87);

3      WHEREAS the parties now agree to extend the deadline for Plaintiff to file the Second
4  Amended Complaint, modify the briefing schedule for Defendants' Motion(s) to Dismiss the
5  Second Amended Complaint, and continue the mediation deadline;

6      WHEREAS on October 6, 2011, the parties to the *In re Del Monte Foods Co. S'holder*
7  *Litig.*, Consolidated C.A. No. 6027-VCL (Del. Ch.), filed a Stipulation and Agreement of
8  Compromise and Settlement that seeks to certify a proposed settlement class as a non opt-out
9  class pursuant to Court of Chancery Rules 23(a), 23(b)(1) and 23(b)(2) and purports to release all
10 putative class claims arising out of the acquisition of Del Monte Foods Company on March 8,
11 2011, including Plaintiff's claims in this action;

12     WHEREAS the parties to the Delaware Action seek a final approval hearing on the
13 proposed settlement in the Court of Chancery on December 1, 2011;

14     WHEREAS it is Plaintiff's position that it needs additional time to consider the effect of
15 the proposed settlement of the Delaware Litigation in this action;

16     WHEREAS Defendants reserve the right to move to stay this action in light of the
17 proposed settlement of the Delaware Litigation;

18     WHEREAS pursuant to stipulation by the parties, the Court previously modified the
19 briefing schedule on Defendants' Motions to Dismiss the First Amended Complaint (ECF No.
20 75), and the Court previously modified the deadline for Plaintiff to file the Second Amended
21 Complaint, the briefing schedule for Defendants' Motion(s) to Dismiss the Second Amended
22 Complaint, and the briefing schedule for Plaintiffs' Motion for Class Certification (ECF No. 87);

23     WHEREAS pending a ruling from the Court on Defendants' anticipated Motion(s) to
24 Dismiss the Second Amended Complaint, the time modification does not presently impact the
25 remaining schedule set out in the Case Management Order;

26     IT IS HEREBY STIPULATED THAT:

27

28 STIPULATED [PROPOSED] ORDER EXTENDING DEADLINES, BRIEFING SCHEDULE AND   - 2 -
    HEARING DATE – No. 11-CV-01064-CW

1. The deadline for Plaintiff to file the Second Amended Complaint shall now be December 8, 2011.

2. Defendants' Motion(s) to Dismiss the Second Amended Complaint shall be due on January 26, 2012; Plaintiff's opposition brief shall be due on February 23, 2012; and Defendants' reply brief(s) shall be due on March 8, 2012.

3. The hearing date for Defendants' Motion(s) to Dismiss the Second Amended Complaint shall now be March 22, 2012 at 2 p.m.

4. The mediation deadline shall now be April 30, 2012.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 11, 2011

SCOTT+SCOTT LLP
CHRISTOPHER M. BURKE
WALTER W. NOSS
KRISTEN M. ANDERSON
707 Broadway, 10th Floor
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: cburke@scott-scott.com
       wnoss@scott-scott.com
       kanderson@scott-scott.com

By  /s/ Christopher M. Burke
        Christopher M. Burke

ROBINS, KAPLAN, MILLER &
    CIRESI L.L.P.
K. CRAIG WILDFANG (*pro hac vice*)
THOMAS J. UNDLIN (*pro hac vice*)
STACEY P. SLAUGHTER (*pro hac vice*)
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181
Email: kcwildfang@rkmc.com
       tjundlin@rkmc.com
       spslaughter@rkmc.com

STIPULATED [PROPOSED] ORDER EXTENDING DEADLINES, BRIEFING SCHEDULE AND     - 3 -
HEARING DATE – No. 11-CV-01064-CW

|   |   |   |
|---|---|---|
| 1 |  | THE MOGIN LAW FIRM, P.C. |
| 2 |  | DANIEL J. MOGIN |
|   |  | MATTHEW T. SINNOTT |
| 3 |  | 707 Broadway, 10th Floor |
|   |  | San Diego, CA 92101 |
| 4 |  | Telephone: 619-687-6611 |
|   |  | Facsimile: 619-687-6610 |
| 5 |  | Email: dmogin@moginlaw.com |
|   |  |     msinnott@moginlaw.com |

*Attorneys for Plaintiff Pipefitters Local Union No. 120 Pension Fund*

DATED: October 11, 2011         SULLIVAN & CROMWELL LLP
BRENDAN P. CULLEN
1870 Embarcadero Road
Palo Alto, CA 94303-3308
Telephone: (650) 461-5600
Facsimile: (650) 461-5700
Email: cullenb@sullcrom.com

By  /s/ Brendan P. Cullen
         Brendan P. Cullen

*Attorneys for Defendants Barclays Capital Inc. and Peter J. Moses*

DATED: October 11, 2011         LATHAM & WATKINS LLP
BRIAN BERRY (Bar No. 229893)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: brian.berry@lw.com

By   /s/ Brian Berry
         Brian Berry

WILLIAM R. SHERMAN (admitted *pro hac vice*)
555 Eleventh Street, NW
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: william.sherman@lw.com

By   /s/ William R. Sherman
         William R. Sherman

*Attorneys for Defendant The Goldman Sachs Group, Inc.*

STIPULATED [PROPOSED] ORDER EXTENDING DEADLINES, BRIEFING SCHEDULE AND         - 4 -
HEARING DATE – No. 11-CV-01064-CW

1  DATED:  October 11, 2011        SIMPSON THACHER & BARTLETT LLP
                                   HARRISON J. FRAHN
2                                  2550 Hanover Street
                                   Palo Alto, CA 94304
3                                  Telephone:  (650) 251-5065
                                   Facsimile:  (650) 251-5002
4                                  Email:  hfrahn@stblaw.com

5                                  By   /s/ Harrison J. Frahn
                                             Harrison J. Frahn
6
                                   SIMPSON THACHER & BARTLETT LLP
7                                  JOSEPH F. TRINGALI (*pro hac vice*)
                                   PAUL C. GLUCKOW(*pro hac vice*)
8                                  425 Lexington Avenue
                                   New York, NY  10017
9                                  Telephone:  (212) 455-2000
                                   Facsimile:  (212) 455-2502
10                                 Email: jtringali@stblaw.com
                                          pgluckow@stblaw.com
11
                                   By   /s/ Joseph F. Tringali
12                                           Joseph F. Tringali

13                                 *Attorneys for Defendants Kohlberg Kravis Roberts & Co.,
                                   L.P. and Centerview Partners LLC*
14
    DATED:  October 11, 2011
15
                                   KIRKLAND & ELLIS LLP
16                                 JAMES F. BASILE
                                   MARK E. MCKANE
17                                 555 California Street
                                   San Francisco, CA 94104
18                                 Telephone:  (415) 439-1400
                                   Facsimile:  (415) 439-1500
19                                 Email: james.basile@kirkland.com
                                          mark.mckane@kirkland.com
20
                                   By   /s/ James F. Basile
21                                           James F. Basile

22                                 *Attorneys for Defendant Vestar Capital Partners Inc.*

23
    PURSUANT TO STIPULATION, IT IS SO ORDERED.
24

25  DATED:   10/12/2011            _____
                                   The Hon. Claudia Wilken
26                                 United States District Judge

27

28  STIPULATED [PROPOSED] ORDER EXTENDING DEADLINES, BRIEFING SCHEDULE AND        - 5 -
    HEARING DATE – No. 11-CV-01064-CW

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Christopher M. Burke, attest that concurrence in the filing of this document has been obtained from the signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 11th day of October, 2011 at San Diego, California.

DATED:  October 11, 2011                    SCOTT+SCOTT LLP

 /s/ Christopher M. Burke
Christopher M. Burke
707 Broadway, 10th Floor
San Diego, CA 92101
Telephone:  (619) 233-4565
Facsimile:  (619) 233-0508
E-mail:  cburke@scott-scott.com

*An Attorney for Plaintiff Pipefitters Local Union No. 120 Pension Fund*

CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 11, 2011.

   /s/ Christopher M. Burke
CHRISTOPHER M. BURKE
SCOTT+SCOTT LLP
707 Broadway, 10th Floor
San Diego, CA 92101
Telephone: 619-233-4565
Fax: 619-233-0508
E-mail: cburke@scott-scott.com

STIPULATED [PROPOSED] ORDER EXTENDING DEADLINES, BRIEFING SCHEDULES AND HEARING DATES – No. 11-CV-01064-CW   - 7 -